Argued and submitted April 22, reversed and remanded for reconsideration May 15, 1996

In the Matter of the Compensation of
Lee J. Johnson, Claimant.
REYNOLDS METALS
and CIGNA Insurance Companies,
*Petitioners,*

*v.*

Lee J. JOHNSON,
*Respondent.*

(WCB 93-04238; CA A88626)

915 P2d 1058

Montgomery W. Cobb argued the cause for petitioners. With him on the brief was Cobb and Woodworth.

Robert G. Dolton argued the cause for respondent. With him on the brief was Pil S. Hwang.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Volk v. America West Airlines,* 135 Or App 565, 788 P2d 746 (1995), *rev den* 322 Or 645 (1996).